**RESNICK & LOUIS, P.C.**
MELISSA J. ROOSE, ESQ.
Nevada Bar No.:  7889
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com

*Attorney for Defendant,*
*Amir Trucking, Inc.*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TAMI MERRIAM, individually,<br><br>Plaintiff,<br>v.<br><br>DOE DRIVER, an individual; AMIR TRUCKING, INC., a California Corporation; DOES 1 through 20; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01229-APG-EJY<br><br>**STIPULATION AND ORDER FOR FRCP 35 MEDICAL EXAMINATION OF PLAINTIFF TAMI MERRIAM** |

IT IS HEREBY STIPULATED by and between Plaintiff TAMI MERRIAM, through her attorneys Richard A. Harris, Esq. and Johnathan Leavitt, Esq. of the Richard Harris Law Firm, and Defendant, AMIR TRUCKING, INC., through its attorneys Melissa J. Roose, Esq. of the law firm of RESNICK & LOUIS, P.C., to the terms of the Independent Medical Examination (hereinafter "examination") pursuant to Federal Rule of Civil Procedure, Rule 35 as follows:

1. The examination of Plaintiff, TAMI MERRIAM, shall be conducted by Daniel D. Lee, M.D. ("Rule 35 medical examiner"). [Defendants reserve the right to change the identity of the Rule 35 medical examiner should a conflict, scheduling issue or otherwise arise prior to the examination proceeding.]  No other physician, surgeon, or chiropractor shall be present during the examination. If necessary, the Rule 35 medical examiner may utilize members of his/her staff to assist during the examination.

2. The examination shall be conducted on a date and time agreeable to the Rule 35 medical examiner and the parties which will be referenced within the separately issued Notice of Independent Medical Examination.

3. Plaintiff must arrive thirty (30) minutes prior to the examination start time of 8:00 a.m. (PST) and bring state or federally issued identification (i.e., driver's license, passport, et al.).

4. Should Plaintiff fail to appear at the examination entirely, and/or fail to provide notice that an interpreter is needed, counsel for Defendants shall seek reimbursement from Plaintiff for the fee of the missed appointment, which is currently $3,000.00. Should the Rule 35 medical examiner agree to waive any fees or costs to Defendants should Plaintiff fail to appear, Defendants agree they will not attempt to pass those fees onto Plaintiff.

5. Plaintiff will be required to fill out standard intake forms prior to the examination which will be provided to Plaintiffs' counsel and must be returned to defense counsel at least seven (7) business days before the date of the examination.

6. The examination shall be completed within two (2) hours, and Plaintiff will not be made to wait for the examination to begin for more than thirty (30) minutes from the scheduled start time.

7. During the examination, the Rule 35 medical examiner will not ask Plaintiff questions relating to liability; however, the Rule 35 medical examiner may ask questions regarding the underlying subject incident as relates to medical causation.

8. No medical treatment will be rendered to Plaintiff by the Rule 35 medical examiner.

9. Neither defense counsel nor Plaintiffs' counsel, nor anyone from their respective offices, may attend the examination.

10. Plaintiff will not record the examination.

///

///

///

///

2

11. The Rule 35 medical examiner shall be provided with a copy of these terms and conditions prior to the examination.

DATED this 22nd day of August 2024.

**RICHARD HARRIS LAW FIRM**

*/s/ Johnathan Leavitt*

Richard A. Harris, Esq.
Nevada Bar No. 505
Johnathan Leavitt, Esq.
Nevada Bar No. 13172
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff,*
*Tami Merriam*

DATED this 22nd day of August, 2024.

**RESNICK & LOUIS, P.C.**

*/s/ Melissa J. Roose*

Melissa J. Roose, Esq.
Nevada Bar No. 7889
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendant,*
*Amir Trucking, Inc.*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  August 26, 2024