1  **RESNICK & LOUIS, P.C.**
   MELISSA J. ROOSE, ESQ.
2  Nevada Bar No.: 7889
   BENJAMIN R. LA LUZERNE, ESQ.
3  Nevada Bar No.: 12801
   8945 W. Russell Road, Suite 330
4  Las Vegas, NV  89148
   Telephone: (702) 997-3800
5  Facsimile: (702) 997-3800
   mroose@rlattorneys.com
6  blaluzerne@rlattorneys.com
7  *Attorney for Defendant,*
   *Amir Trucking, Inc.*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| TAMI MERRIAM, individually,<br><br>Plaintiff,<br><br>v.<br><br>DOE DRIVER, an individual; AMIR TRUCKING, INC., a California Corporation; DOES 1 through 20; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01229-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by Plaintiff, TAMI MERRIAM, by and through her attorneys, Richard A. Harris, Esq., and Johnathan Leavitt, Esq of RICHARD HARRIS LAW FIRM, and Defendant AMIR TRUCKING, INC., by and through its attorneys, Melissa J. Roose, Esq. and Benjamin R. La Luzerne, Esq., of the law firm RESNICK & LOUIS, P.C. that any and all of Plaintiff's claims as pertains to the subject motor vehicle accident, subject Complaint, and parties, be dismissed with prejudice in their entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties further stipulate and agree that each of the parties will bear their own attorney's fees and costs.

DATED this 7th day of October 2025.　　　　　DATED this 7th day of October 2025.

**RICHARD HARRIS LAW FIRM**　　　　　　　**RESNICK & LOUIS, P.C.**

/s/ *Johnathan Leavitt*　　　　　　　　　　　　/s/ *Melissa J. Roose*
Richard A. Harris, Esq.　　　　　　　　　　　Melissa J. Roose, Esq.
Nevada Bar No. 505　　　　　　　　　　　　Nevada Bar No. 7889
Johnathan Leavitt, Esq.　　　　　　　　　　　Benjamin R. La Luzerne, Esq.
Nevada Bar No. 13172　　　　　　　　　　　Nevada Bar No.: 12801
801 South Fourth Street　　　　　　　　　　 8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89101　　　　　　　　　 Las Vegas, NV 89148
*Attorneys for Plaintiff,*　　　　　　　　　　　*Attorneys for Defendant,*
*Tami Merriam*　　　　　　　　　　　　　　 *Amir Trucking, Inc.*

**ORDER**

Based on the parties' Stipulation and good cause appearing, IT IS HEREBY ORDERED that this ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED:

Dated: October 8, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2